# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3302

_____

Mitchell Moore, Jr.,                          *
                                              *
                    Appellant,                *
                                              *   Appeal from the United States
        v.                                    *   District Court for the
                                              *   Western District of Missouri.
- Conley; J. Cofield; - Hardman;              *
Jergenson; - Lauer,                           *         [UNPUBLISHED]
                                              *
                    Appellees.                *

_____

Submitted: November 7, 2008
Filed:  December 2, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Former Missouri inmate Mitchell Moore, Jr., appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit. Based on our de novo review of the record, see Popoalii v. Corr. Med. Servs., 512 F.3d 488, 499

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

(8th Cir. 2008) (standard of review), we agree with the district court that summary judgment was warranted. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____